UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JENNIFER GREHAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:05-CV-138 |
| ) | (Varlan/Guyton) |
| AMERICAN HOLIDAY VAN LINES, INC., ) | |
| DAVID BUHL, and GARY MAPLES, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the undersigned pursuant to 28 U.S.C. § 636(b), the Rules of this Court, and by Order [Doc. 20] of the Honorable Thomas A. Varlan, United States District Judge, for disposition of Defendant's Motion to Compel [Doc. 19]. The undersigned conducted a telephone conference regarding this motion on May 23, 2006.

The defendant moves to compel the plaintiff to respond to the defendant's Interrogatories and Requests for Production of Documents propounded to the plaintiff on November 17, 2005. [Doc. 19]. During the telephone conference, defense counsel advised the Court that these responses have been received and that the defendant's motion is now moot. Accordingly, the defendant's Motion to Compel [Doc. 19] is **DENIED AS MOOT**.

The defendant orally requested an extension of the discovery deadline for the purpose of taking the plaintiff's deposition. The plaintiff did not oppose the defendant's request. Accordingly, for good cause shown, the defendant's oral request for an extension of the discovery

deadline is **GRANTED**. The discovery deadline shall be extended fourteen (14) days for the limited purpose of taking the plaintiff's deposition.

**IT IS SO ORDERED.**

ENTER:

   s/ H. Bruce Guyton   
United States Magistrate Judge